# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: ARNOLD F. FEARN & KATHY J. FEARN  Case Number: 05-70392
101 CARDINAL COURT  SSN-xxx-xx-7262 & xxx-xx-1138
ISLAND LAKE, IL  60042

Case filed on: 2/3/2005
Plan Confirmed on: 6/28/2005

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $53,010.00    Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | ATTORNEY JOHN H REDFIELD | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | WELLS FARGO RECOV PROC | 0.00 | 0.00 | 0.00 | 0.00 |
| 202 | CODILIS & ASSOCIATES P C | 0.00 | 0.00 | 0.00 | 0.00 |
| 218 | US DEPARTMENT OF EDUCATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 224 | JP MORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | ARNOLD F. FEARN | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | DELAWARE PLACE BANK | 3,500.00 | 3,500.00 | 3,500.00 | 0.00 |
| 002 | JP MORGAN CAHSE BANK AS TRUSTEE | 2,528.69 | 2,528.69 | 2,528.69 | 0.00 |
| 003 | TOYOTA MOTOR CREDIT CORPORATION | 12,000.00 | 12,000.00 | 12,000.00 | 0.00 |
|  | Total Secured | 18,028.69 | 18,028.69 | 18,028.69 | 0.00 |
| 001 | DELAWARE PLACE BANK | 432.87 | 432.87 | 113.71 | 0.00 |
| 003 | TOYOTA MOTOR CREDIT CORPORATION | 2,890.47 | 2,890.47 | 759.31 | 0.00 |
| 004 | ACS | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | RESURGENT CAPITAL SERVICES | 11,931.40 | 11,931.40 | 3,134.30 | 0.00 |
| 006 | BANK ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | LVNV FUNDING LLC | 23,178.15 | 23,178.15 | 6,088.75 | 0.00 |
| 008 | LVNV FUNDING LLC | 481.63 | 481.63 | 126.52 | 0.00 |
| 009 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | RESURGENT CAPITAL SERVICES | 8,517.68 | 8,517.68 | 2,237.54 | 0.00 |
| 012 | RESURGENT CAPITAL SERVICES | 15,033.66 | 15,033.66 | 3,949.25 | 0.00 |
| 013 | RESURGENT CAPITAL SERVICES | 11,187.05 | 11,187.05 | 2,938.76 | 0.00 |
| 014 | CITI ADVANTAGE BUSINESS CARD | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | DISCOVER FINANCIAL SERVICES | 7,292.72 | 7,292.72 | 1,915.75 | 0.00 |
| 016 | ECAST SETTLEMENT CORPORATION | 8,801.03 | 8,801.03 | 2,311.98 | 0.00 |
| 017 | ECMC | 11,563.88 | 11,563.88 | 3,037.76 | 0.00 |
| 018 | US DEPARTMENT OF EDUCATION | 2,180.32 | 2,180.32 | 572.76 | 0.00 |
| 019 | WELLS FARGO EDUCATION | 2,765.92 | 2,765.92 | 726.59 | 0.00 |
| 020 | SEARS | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | ECAST SETTLEMENT CORPORATION | 882.53 | 882.53 | 231.84 | 0.00 |
| 022 | WELLS FARGO FINANCIAL | 1,054.86 | 1,054.86 | 277.10 | 0.00 |
| 023 | ILLINOIS STUDENT ASSISTANCE COMM | 2,504.05 | 2,504.05 | 657.80 | 0.00 |
| 024 | JP MORGAN CHASE BANK NA | 9,475.77 | 9,475.77 | 2,489.22 | 0.00 |
|  | Total Unsecured | 120,173.99 | 120,173.99 | 31,568.94 | 0.00 |
|  | Grand Total: | 138,202.68 | 138,202.68 | 49,597.63 | 0.00 |

Total Paid Claimant:     $49,597.63
Trustee Allowance:       $3,412.37     Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:     26.27       discharging the trustee and the trustee's surety from any and all
liablility on account of the within proceedings, and closing the estate,
and for such other relief as is just.  Pursuant to FRBP, I hereby
certify that the subject case has been fully administered.

Report Dated:

_/s/ Lydia S. Meyer_
Lydia S. Meyer, Trustee

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 07/30/2008                    By  /s/Heather M. Fagan